B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Eastern District of New York | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Long Beach Medical Center** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**FKA Long Beach Memorial Hospital** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**11-1635084** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**455 E Bay Drive**<br>**Long Beach, NY**<br>ZIP Code **11561** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Nassau** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors). See Exhibit D on page 2 of this form.
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**
Country of debtor's center of main interests:
Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business** (Check one box)
- ■ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ■ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years thereafter).

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**
| ☐ 1-49 | ☐ 50-99 | ☐ 100-199 | ☐ 200-999 | ■ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |

**Estimated Assets**
| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ■ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |

**Estimated Liabilities**
| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ■ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |

B1 (Official Form 1)(04/13)                 Page 2

| Voluntary Petition *(This page must be completed and filed in every case)* | Name of Debtor(s): Long Beach Medical Center |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: - None - | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: Long Beach Memorial Nursing Home, Inc. | Case Number: | Date Filed: 2/19/14 |
|---|---|---|
| District: Eastern District | Relationship: Affiliate | Judge: |

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).

X _____
    Signature of Attorney for Debtor(s)    (Date)

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)          Page 3

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | **Name of Debtor(s):** <br> **Long Beach Medical Center** |
|---|---|

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. <br> [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. <br> [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b). <br><br> I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. <br><br> X _____ <br> Signature of Debtor <br><br> X _____ <br> Signature of Joint Debtor <br><br> _____ <br> Telephone Number (If not represented by attorney) <br><br> _____ <br> Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. <br><br> (Check only one box.) <br><br> ☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached. <br><br> ☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. <br><br> X _____ <br> Signature of Foreign Representative <br><br> _____ <br> Printed Name of Foreign Representative <br><br> _____ <br> Date |

| **Signature of Attorney*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
|---|---|
| X /s/ Burton S. Weston <br> Signature of Attorney for Debtor(s) <br> **Burton S. Weston** <br> Printed Name of Attorney for Debtor(s) <br> **Garfunkel Wild, P.C.** <br> Firm Name <br> **111 Great Neck Road** <br> **Great Neck, NY 11021** <br><br> Address <br><br> Email: bweston@garfunkelwild.com <br> **5163932200** Fax: **5164665964** <br> Telephone Number <br> **February 18, 2014** <br> Date <br><br> *In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached. <br><br> _____ <br> Printed Name and title, if any, of Bankruptcy Petition Preparer <br><br> _____ <br> Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.) <br><br> _____ <br> Address <br><br> X _____ <br><br> _____ <br> Date <br><br> Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above. <br><br> Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual: |

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. <br><br> The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. <br><br> X /s/ Douglas L. Melzer <br> Signature of Authorized Individual <br> **Douglas L. Melzer** <br> Printed Name of Authorized Individual <br> **President & CEO** <br> Title of Authorized Individual <br> **February 18, 2014** <br> Date | If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. <br><br> *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.* |

## OFFICER'S CERTIFICATE OF RESOLUTION OF THE BOARD OF TRUSTEES OF LONG BEACH MEDICAL CENTER

The undersigned, a duly authorized representative of Long Beach Medical Center, a New York not-for-profit corporation ("**LBMC**"), hereby certifies that the following resolutions were duly adopted by the LBMC Board of Trustees (the "**Board of Trustees**") at a meeting duly called and held on February 11, 2014, in accordance with the requirements of applicable New York law and that said resolutions have not been modified or rescinded and are still in full force and effect on the date hereof:

WHEREAS, the Board of Trustees of LBMC has considered the financial and operational aspects of LBMC's business; and

WHEREAS, the Board of Trustees has reviewed the historical performance of LBMC, the current market for LBMC's services, and the current and long-term liabilities of LBMC; and

WHEREAS, the Board of Trustees has given serious and extensive consideration to all options reasonably available to LBMC at numerous regular and special meetings; and

WHEREAS, consistent with its fiduciary duties, including the duty of obedience to the charitable mission of LBMC, the Board of Trustees of LBMC has determined that it is desirable and in the best interests of LBMC, its creditors, stockholders, employees and other interested parties that a voluntary petition be filed by LBMC (the "**Chapter 11 Case**") seeking relief under the provisions of Chapter 11 of Title 11 of the United States Code (the "**Bankruptcy Code**").

NOW, THEREFORE, BE IT

RESOLVED, that notice of this meeting be and is hereby waived by all Trustees; and it is further

RESOLVED, by the Board of Trustees, acting on behalf of LBMC, that LBMC file a petition in bankruptcy under Chapter 11 of the Bankruptcy Code and cause the same to be filed in the United States Bankruptcy Court for the Eastern District of New York (the "**Bankruptcy Court**"); and be it further

RESOLVED, that Douglas Melzer, the President and Chief Executive Officer (referred to hereinafter as, the "**CEO**"), or any other person designated by CEO of LBMC (each such officer or designee being an "**Authorized Person**" and all being the "**Authorized Persons**") be, and each hereby is, authorized, empowered and directed, in the name and on behalf of LBMC, to execute and verify petitions under Chapter 11 of the Bankruptcy Code and to cause the same to be filed in the Bankruptcy Court at such time as the Authorized Person executing such petitions shall determine; and be it further

RESOLVED, that each Authorized Person be, and hereby is, authorized, empowered and directed, in the name and on behalf of LBMC, to execute and file all schedules, motions, lists, applications, pleadings and other papers, and to take and perform any and all further acts and deeds which he or she deems necessary, proper or desirable in connection with the Chapter 11 Case of LBMC, with a view to the successful prosecution of such cases; and be it further

2782436v.1

RESOLVED, that each of the Authorized Persons be, and hereby is, authorized, directed and empowered, in the name of LBMC: (i) to retain under a general retainer, the law firm of Garfunkel Wild, P.C. to serve as bankruptcy counsel and render legal services in connection with the Chapter 11 Case and other related matters to be determined by an Authorized Person; (ii) and to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon filing of the Chapter 11 Case, and to cause to be filed appropriate retention applications with the Bankruptcy Court; and be it further

RESOLVED, that each of the Authorized Persons be, and hereby is, authorized, empowered and directed to engage and retain any other assistance by legal counsel, accountants, financial advisors, restructuring advisors and other professionals as are deemed necessary to represent and assist the LBMC in carrying out its duties under Title 11 of the United States Code, and in connection therewith, each Authorized Person is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon filing of the Chapter 11 Case, and to cause to be filed an appropriate application for authority to retain the services of such firms; and be it further

RESOLVED, that in connection with the commencement of the Chapter 11 Case, each Authorized Person is, authorized and empowered on behalf and in the name of LBMC, to obtain postpetition financing and to incur indebtedness according to terms negotiated, or to be negotiated by the Authorized Persons, including agreements related to use of cash collateral and debtor-in-possession credit facilities; and to enter into guarantees and to pledge and grant liens on its assets and mortgages on its properties as may be contemplated by or required under the terms of such cash collateral agreements or postpetition financing; to establish, and enter into control agreements with respect to, bank accounts at such financial institutions as may be useful or necessary, and as may be determined by such Authorized Persons in connection with such debtor-in-possession credit facilities; and in connection therewith, the Authorized Persons are hereby authorized and directed to execute appropriate loan agreements, cash collateral agreements and related ancillary documents to pay all fees required in connection with such postpetition financing as may be required by the lenders thereof, and perform and consummate all transactions contemplated by the financing; and be it further

RESOLVED, that each of the Authorized Persons, be and hereby is, authorized, empowered and directed, in the name and on behalf of LBMC to enter into, execute, deliver, certify, file and/or record, and perform, such agreements, instruments, motions, affidavits, applications for approvals or ruling of governmental or regulatory authorities, certificates or other documents, and to take such other action in the LBMC Chapter 11 Case, as in the judgment of such Authorized Person shall be or become necessary, proper and desirable to effectuate a successful reorganization of LBMC's business taking into account its charitable mission, including but not limited to, the orderly sale of LBMC's non-core assets and the negotiation and formulation of a plan of reorganization and all related documents thereto on behalf of LBMC; and be it further

RESOLVED, that the sale of all or substantially all of LBMC's assets, on the terms approved by the Bankruptcy Court, to South Nassau Communities Hospital ("SNCH"), or any of its affiliates, or to such other buyer as is determined under bid and auction procedures approved

by the Bankruptcy Court (an "**Alternative Buyer**"), and subject to other required governmental or regulatory approvals, be and it hereby is authorized and approved; and it is further

**RESOLVED**, that any or all of the officers of the Corporation be, and each of them hereby is, respectively authorized and empowered to cause the Corporation, subject to Bankruptcy Court approval, to execute and consummate an Asset Purchase Agreement for the sale of all or substantially all of the Corporation's assets and all related agreements and documents with SNCH or an Alternative Buyer; and it is further

**RESOLVED**, that nothing herein changes the requirement that the Authorized Persons seek prior approval from the Board of Trustees for any transaction not specifically approved hereby for which the corporation's rules require such approval from the Board of Trustees; and be it further

**RESOLVED**, that any and all actions heretofore taken by any officers or trustees of LBMC in the name and on behalf of LBMC, in furtherance of any or all of the preceding resolutions are ratified, confirmed and approved; and be it further

**RESOLVED**, that each of the Authorized Persons, be and hereby is, authorized to take any of the following actions on behalf of LBMC: (i) negotiate, execute, deliver and/or file any and all of the agreements, documents and instruments referenced herein, and such other agreements, documents and instruments as may be required or as such Authorized Persons deem appropriate or advisable, or to cause the negotiation, execution and delivery thereof, in the name and on behalf of LBMC, in such form and substance as such Authorized Persons may approve, with the execution and delivery thereof on behalf of LBMC, by or at the direction of an Authorized Person to constitute evidence of such approval, (ii) negotiate, execute, deliver and/or file, in the name and on behalf of LBMC, any and all agreements, documents, certificates, consents, motions, applications, and other filings relating to the resolutions adopted and matters ratified or approved hereby and the transactions contemplated thereby, and amendments and supplements to any of the foregoing, and to take such other actions as may be required or as such Authorized Persons deem appropriate or advisable in connection therewith including, without limitation, voting any shares or interests held by LBMC and (iii) doing such other things as may be required, or as may in their judgment be appropriate or advisable, in order to effectuate fully the resolutions adopted and matters ratified or approved hereby and the consummation of the transactions contemplated thereby.

IN WITNESS WHEREOF, I have herewith set my hand to this 18th day of February, 2014.

_____
By: Douglas Melzer
Title: President & Chief Executive Officer

2782436v.1

## Consolidated List of 30 Largest Creditors

Contemporaneously with the filing of their petitions, the Debtors filed a motion requesting, among other things, authority to file a consolidated list of the 30 largest unsecured creditors (the "Top 30 List") in lieu of separate lists of each Debtor's 20 largest unsecured creditors. Attached hereto is the Top 30 List which is based on the Debtors' books and records as of approximately January 31, 2014. The Top 30 List was prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in the Debtors' Chapter 11 Cases. The Top 30 List does not include: (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101; or (2) secured creditors, unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 30 largest unsecured claims.

The information contained herein, including any claim amounts, shall not constitute an admission of liability by, nor is it binding, upon the Debtors. The Debtors reserve all rights to assert that any debt or claim listed herein is a disputed claim or debt, and to challenge the priority, nature, amount or status of any such claim or debt. In the event of any inconsistencies between the summaries set forth below and the respective corporate and legal documents relating to such obligations, the descriptions in the corporate and legal documents shall control.

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Amount of claim [if secured, also state value of security' | (5)<br>Indicate if claim is contingent, unliquidate, disputed, or subject to setoff |
|---|---|---|---|---|
| Empire Healthchoice HMO, Inc. | P.O. Box 11744<br>Newark, NJ 07101-4744<br>Attn: Tom Buckman<br>Email:tom.buckman@empireblue.com<br>Tel: 212-476-3246 | Benefit | 2,958,240.19 | |
| DMS Disaster Recovery Consultants | 3651 Fau Blvd., Ste 400<br>Boca Raton, FL 33431<br>Attn: David Schapiro<br>Email:David.Shapiro@DMSrecovery.com<br>Tel. 919-696-6003 | Trade Debt | 1,169,278.00 | |
| LIPA | 15 Park Drive<br>Melville, NY 11746<br>Attn: Brian Hassan<br>Email: Brain.Hassan@lipangrid.com | Trade Debt | 820,290.00 | |
| ChemRx | P.O. Box 1060<br>Long Beach, NY 11561<br>Attn: Susan Mitch<br>Tel. 516 992-3642<br>Fax. 516-889-8732 | Trade Debt | 818,385.30 | |

2722837v.1

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Amount of claim [if secured, also state value of security'* | (5)<br>*Indicate if claim is contingent, unliquidated disputed, or subject to setoff* |
|---|---|---|---|---|
| Empire Healthchoice Assurance, Inc. | P.O. Box 11744<br>Newark, NJ 07101-4744<br>Attn: Tom Buckman<br>Email:tom.buckman<br>@empireblue.com<br>Tel. 212-476-3246 | Benefit | 751,105.11 | |
| HIP | P.O. Box 9329 GPO<br>New York, NY 10087-9329<br>Attn: Ruben Ortiz<br>Email: rortiz@emblemhealth.com<br>Tel. 646-447-6991 | Benefit | 543,371.65 | |
| ServPro | 1 Bishop Street<br>Norwalk, CT 06851<br>Tel. 516-445-6605 | Trade Debt | 353,981.25 | |
| EMS Restoration | 200 Blydenburgh Road<br>Islandia, NY 11749<br>Attn: Lucy A. Illuminato<br>Email: emsrestoration@optonline.net<br>Tel. 631-952-5700 | Trade Debt | 293,943.00 | |
| National Grid | 15 Park Drive<br>Melville, NY 11746<br>Attn: Brian Hassan<br>Email: Brian.Hassan@lipangrid.com | Trade Debt | 271,888.00 | |
| NES | P.O. Box 277001<br>Atlanta, GA 30384-7001<br>Attn: Kim Jones<br>(800) 394-6376 | Trade Debt | 265,377.75 | |
| Physicians Reciprocal Insurers | 1800 Northern Blvd<br>Roslyn, NY 11576-5897<br>Attn: Jeanne H. Braun, Sr. VP<br>Tel. 516-365-6690 | Trade Debt | 261,025.00 | |

2722837v.1

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Amount of claim [if secured, also state value of security' | (5) Indicate if claim is contingent, unliquidated disputed, or subject to setoff |
|---|---|---|---|---|
| Modern Medical Systems Co. | 170 Finn Court Farmingdale, NY 11735 Attn: Vincent Lombardo Email: vlombardo@modmedsys.com Tel. 800-736-8257 ext. 215 | Trade Debt | 204,314.09 | |
| Allen Healthcare | Lockbox Dep Acct 4832042876 P.O. Box 417780 Boston, MA 02241-7780 Attn: Lyudmila Kolisnyk Email: Lyudmila@allenhealth.com Tel. 718-657-2966 Fax. 718-506-9908 | Trade Debt | 195,857.00 | |
| Better Home Health | 310 Merrick Road Rockville Center, NY 11570 Tel. 516-763-3260 Fax. 516-763-4296 | Trade Debt | 182,105.62 | |
| Royal Disposable Import & Domestic | 57-00 49th Place Maspeth, NY 11378 Tel. 718-381-5555 Fax. 718-381-6550 | Trade Debt | 180,965.00 | |
| Sunquest Hospital Systems | P.O. Box 75214 Charlotte, NC 28275-0214 Attn: Maggie Nham Email:Maggie.Nham @sunquestinfo.com Tel. 520-570-2209 Fax. 520-570-2990 | Trade Debt | 180,118.60 | |
| Loeb & Troper | 655 Third Avenue 12th Floor New York, NY 10017 Attn: Harold Gelernter Email:HGelernter @loebandtroper.com Tel. 212-867-4000 | Trade Debt | 180,000.00 | contingent |

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Amount of claim [if secured, also state value of security' | (5) Indicate if claim is contingent, unliquidated disputed, or subject to setoff |
|---|---|---|---|---|
| ADMS | 385 Seneca Avenue<br>Ridgewood, NY 11385<br>Tel. 718-483-7414 | Trade Debt | 164,529.12 | |
| State Insurance Fund | P.O. Box 5262<br>Binghamton, NY 13902-5262<br>Attn: Bart Simon<br>Email: bart.simon@RMPG.com<br>Tel. 516-535-4930 | Trade Debt | 157,185.50 | |
| Hess Small Business Services | 1040 East 149th Street<br>Bronx, NY 10455-5014<br>Tel. 888-494-4377 | Trade Debt | 150,492.11 | |
| LBH249 LLC | 2555 Ocean Avenue<br>Brooklyn, NY 11229<br>Attn: Alan Pilevsky<br>Tel. 718 616-2000 | Trade Debt | 149,127.00 | |
| NTT Data, Inc. | P.O. Box 4201<br>Boston, MA 02211<br>Attn: Jim Laboyne<br>Email: james.laboyne@nttdata.com<br>Tel. 631-824-5205 | Trade Debt | 148,914.00 | |
| New York Blood Center | P.O. Box 9674<br>Uniondale, NY 11553-9814<br>Accts Receivable Dept<br>Email: acctsrecnybc@nybloodcenter.org<br>Tel. 516-478-5223<br>Fax. 516-478-5213 | Trade Debt | 148,223.70 | |
| Iron Mountain Records Management | P.O. Box 27128<br>New York, NY 10087-7128<br>Tel. 800-934-3453 | Trade Debt | 142,135.09 | |
| Quest Diagnostics | 7402 Collection Center Dr<br>Chicago, IL 60693<br>Tel. 866-865-2806<br>Fax. 201-462-6760 | Trade Debt | 136,337.12 | |

2722837v.1

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Amount of claim [if secured, also state value of security' | (5) Indicate if claim is contingent, unliquidated disputed, or subject to setoff |
|---|---|---|---|---|
| Toshiba America Medical Systems | P.O. Box 91605<br>Chicago, IL 60693<br>Tel. 800-421-1968 | Trade Debt | 130,435.20 | |
| Risk Management Planning Group | P.O. Box 528<br>Mineola, NY 11510<br>Attn: Bart Simon<br>Email: bart.simon@RMPG.com<br>Tel. 516-535-4920 | Trade Debt | 111,930.01 | |
| Gem Healthcare Agency | 49 West Merrick Road<br>Suite 201<br>Freeport, NY 11520<br>Email:info @gemhealthcareagency.com<br>Tel. 516-255-5400 | Trade Debt | 108,251.00 | |
| HANYS | P.O. Box 5535 GPO<br>New York, NY 10087-5535<br>Attn: Daniel Del Pozzo<br>Email: ddelpozz@hanys.org<br>Tel. 518-431-7787 | Trade Debt | 101,011.73 | |
| Relay Health | P.O. Box 403421<br>Atlanta, GA 30384-3421<br>Email: arissues@mckesson.com<br>Tel. 800-632-1155 | Trade Debt | 97,240.29 | |

2722837v.1

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In re:                                              :

LONG BEACH MEDICAL CENTER, et al.    :    Chapter 11
                                Debtors.[1]
                                          :    Case No. 14-_____ (__)

                                          :    (Joint Administration Pending)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### DECLARATION UNDER PENALTY OF PERJURY

I, the undersigned authorizing officer of Long Beach Medical Center, Inc., and Long Beach Memorial Hospital, DBA The Komanoff Center for Geriatric and Rehabilitative Medicine, the debtors in this case, (the "**Debtors**"), declare under penalty of perjury that I have read the foregoing list of the consolidated list of the 30 largest unsecured creditors of the Debtors and that it is true and correct to the best of my information and belief.

Dated: February 19, 2014

                                                                     /s/ Douglas L. Melzer
                                                   Douglas L. Melzer
                                                   President and Chief Executive Officer

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtors' federal tax identification number include: Long Beach Medical Center (5084) and Long Beach Memorial Nursing Home, Inc. dba The Komanoff Center for Geriatric and Rehabilitative Medicine (3422).

2782313v.1

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:

LONG BEACH MEDICAL CENTER et al.[1]

               Debtors.

-------------------------------------------------------------x

Chapter 11
Case No. 14-_____ (____)

(Joint Administration Pending)

**LIST OF EQUITY HOLDERS AND CORPORATE OWNERSHIP STATEMENT OF LONG BEACH MEDICAL CENTER, INC.
<u>PURSUANT TO BANKRUPTCY RULES 1007 AND 7007.1</u>**

      Long Beach Medical Center, Inc. ("**LBMC**"), pursuant to Rules 1007 and 7007.1 of the Federal Rules of Bankruptcy Procedure, and Rule 1073-3 of the Local Bankruptcy Rules for the Eastern District of New York, submits the following information:

      1.     LBMC is a not-for-profit corporation and is exempt from federal income taxation under Section 501(c)(3) of the Internal Revenue Code of 1986, as amended. LMBC is not a membership corporation.

      2.     As LBMC is a not-for-profit corporation, no person or entity owns directly 10% or more of LMBC's equity interests.

---

[1] The last four digits of the Debtor's federal tax identification number are 5084.

2761502v.1

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------x

In re:                                  :

LONG BEACH MEDICAL CENTER, et al.       :       Chapter 11
                    Debtors.[1]
                                        :       Case No. 14-_____ (__)

                                        :       (Joint Administration Pending)

---------------------------------------------------x

### DECLARATION UNDER PENALTY OF PERJURY

I, the undersigned authorizing officer of Long Beach Medical Center, Inc., and Long Beach Memorial Hospital, DBA The Komanoff Center for Geriatric and Rehabilitative Medicine, the debtors in this case, (the "**Debtors**"), declare under penalty of perjury that I have read the foregoing list of equity security holders and corporate ownership statement of the Debtors and that it is true and correct to the best of my information and belief.

Dated: February 19, 2014

_____
Douglas L. Melzer
President and Chief Executive Officer

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtors' federal tax identification number include: Long Beach Medical Center (5084) and Long Beach Memorial Nursing Home, Inc. dba The Komanoff Center for Geriatric and Rehabilitative Medicine (3422).

2782354v.1