GARFUNKEL WILD, P.C.
111 Great Neck Road
Great Neck, New York 11021
Telephone: (516) 393-2200
Telefax: (516) 466-5964
Burton S. Weston
Afsheen A. Shah
Adam T. Berkowitz

*Proposed Counsel for Debtors*
*and Debtors in Possession*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

In re:                                                          Chapter 11 Case

LONG BEACH MEDICAL CENTER, et al.          Case No. 14-_____ (___)
                                                                (Jointly Administered)

                                    Debtors.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## AFFIDAVIT OF BURTON S. WESTON IN SUPPORT OF DEBTORS' APPLICATION TO EMPLOY AND RETAIN GARFUNKEL WILD, P.C. AS GENERAL BANKRUPTCY COUNSEL FOR DEBTORS AND DEBTORS IN POSSESSION

STATE OF NEW YORK       )
                                          ) ss.:
COUNTY OF NEW YORK   )

         Burton S. Weston, being duly sworn, deposes and says:

         1.        I am a shareholder of Garfunkel Wild, P.C. ("**GW**" or the "**Firm**"), which

maintains offices for the practice of law at 111 Great Neck Road, Great Neck, New York 11021,

Hackensack, New Jersey and Stamford, Connecticut.  I am an attorney duly admitted to practice

law in the State of New York and in the United States District Court for the Eastern District of

New York.

         2.        This affidavit is submitted pursuant to sections 327(e) and 328(a) of title

11 of the United States Code (the "**Bankruptcy Code**") and Rule 2014(a) of the Federal Rules of

Bankruptcy Procedure (the "**Bankruptcy Rules**") in support of the Debtors' Application for an

2722833v.2

Order authorizing the Debtors and Debtors in possession (the "**Debtors**")[1] to employ and retain GW as general bankruptcy counsel in these chapter 11 cases (the "**Chapter 11 Cases**").  Unless otherwise stated in this Affidavit, the facts set forth herein are based upon personal knowledge. To the extent any information disclosed herein requires amendment or modification, upon GW's completion of further review and analysis or as additional party-in-interest information becomes available to it, a supplemental affidavit disclosing such information will be submitted to the Court reflecting such amended or modified information.

3.     GW has a well established practice in the field of insolvency, reorganization and bankruptcy law, as well as substantial expertise in healthcare, secured lending, finance, regulatory, corporate, banking, real estate, litigation and other practice fields which are of value in these cases.

4.     For approximately thirty (30) years GW has represented LBMC and Komanoff as general counsel providing a broad array of legal services including healthcare, financing, litigation and real estate related work.  As a consequence, GW is intimately familiar with the Debtors' business and financial affairs and the circumstances surrounding the Debtors' chapter 11 filings.

5.     In July, 2013, as the Debtors' financial circumstances continued to deteriorate, GW was asked by the Debtors to provide advice with respect to its exigent financial issues, including among other things, (i) assisting in the development of a restructuring plan or asset disposition that addressed existing indebtedness (ii) assisting in the negotiation,

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number include:  Long Beach Medical Center (5084) ("**LBMC**") and Long Beach Memorial Nursing Home, Inc. dba The Komanoff Center for Geriatric and Rehabilitative Medicine (3422) ("**LBMNH**").

documentation and closing of any potential transaction to partner with another healthcare system for the preservation and expansion of healthcare delivery in the Debtors' community; (iii) interfacing with the NYS Department of Health, CMS and any other regulatory agencies in the implementation of any restructuring or merger plan; (iv) providing any related transactional or litigation counsel or advice that may be required; and (v) providing representation and counsel in developing and implementing strategies to deal with creditor constituencies. .

6.    In the months leading up to the Chapter 11 filing, GW has been actively involved in this engagement. In addition to the significant work required to prepare the filing, including, *inter alia*, the preparation of the petitions, schedules, statement of affairs, ancillary documents and first day motions, the negotiation and documentation of loan facilities and drafting of a motion to approve DIP financing, GW has devoted a substantial amount of time over the last several months negotiating the terms of an asset purchase agreement with the South Nassau Communities Hospital ("**SNCH**") and preparing a motion to approve bid procedures and the sale of substantially all of the Debtors' operating and real estate assets (collectively, the "**Preparation Services**"). GW has also assisted the Debtors relative to the pending construction litigations filed against the Debtors by various vendors in connection with services rendered by the vendors relative to the restoration of the Debtors premises (the "**Construction Litigation**") and has assisted the Debtors with the preparation of a proper response to various subpoenas and administrative demands issued by the Medicaid Fraud Control Unit ("**MFCU**") relating to a regulatory investigation commenced by the MFCU (the "**Komanoff Investigation**").

7.    GW submits that its continued retention as general bankruptcy counsel is essential to the effective and efficient administration of this estate and the successful prosecution of these Chapter 11 Cases. Indeed the substitution of other counsel at this juncture which does

not share the working knowledge of these Debtors' and the familiarity with the sale process would add unnecessarily to the costs of administration of this estate. It is thus in the best interests of the estates that the continued representation of GW as bankruptcy counsel be approved.

## GW'S CONNECTIONS WITH THE DEBTORS

8.      In accordance with the provisions of Section 327(a) of the Bankruptcy Code and except as otherwise set forth herein, neither I, GW, nor any member, counsel or associate of the Firm is connected with the Debtors, their creditors, other parties-in-interest or the United States Trustee or any person employed by the Office of the United States Trustee, and, to the best of my knowledge, after due inquiry, GW does not, by reason of any direct or indirect relationship to, connection with or interest in the Debtors or other parties-in-interest hold or represent any interest adverse to the Debtors or to their estates.

9.      Except as otherwise set forth herein, to the best of my knowledge, after due inquiry, neither I, GW, nor any member, counsel or associate of the Firm represents any entities other than the Debtors in connection with the Debtors' Chapter 11 Cases. In addition, except as set forth herein, to the best of my knowledge, after due inquiry, neither I, GW, nor any member, counsel or associate of the Firm represents any party-in-interest other than the Debtors in these Chapter 11 Cases.

## GW DISCLOSURE PROCEDURES

10.      In preparing this Affidavit, a specific set of procedures developed by GW was used to ensure compliance with the Bankruptcy Code and the Bankruptcy Rules regarding the retention of professionals by a Debtors under the Bankruptcy Code. Pursuant to such

procedures, GW submitted to its computer conflicts identification database (the "Database") the names of the following parties ("**Parties in Interest**") as set forth in detail on Exhibit A to this Affidavit:

      (a)     the Debtors and their affiliates;

      (b)     the Debtors' officers, trustees and directors;

      (c)     parties to significant litigation with the Debtors;

      (d)     known secured creditors; and

      (e)     the thirty (30) largest creditors for the Debtors.

      11.    A conflicts check was performed to determine whether there were any connections between GW and any of the Parties in Interest. To the extent connections were found, they were compiled for purposes of preparing this Affidavit and reviewed by GW to determine whether any such connections would pose a conflict of interest.

      12.    Any matches between the Database and the list of potential Parties-in-Interest were identified, together with the names of the respective GW personnel responsible for the current or former matters for the entities on the list. The matches were thoroughly reviewed and compiled for the purpose of this Affidavit. While in part GW may have represented or may have otherwise been involved in matters with such parties-in-interest, none of those representations are continuing or pose any conflict in respect of the matters upon which it is to be engaged herein.

2722833v.2

13.    GW, in matters unrelated to the Chapter 11 Cases, has and may continue to represent the following Parties in Interest:

(a)    South Nassau Communities Hospital ("SNCH"): SNCH is the prospective purchaser of the Debtors' assets under an asset purchase agreement that will be the subject of a sale motion filed with the Court. Historically, GW has provided unrelated health care services to SNCH, including advice and counsel to SNCH on regulatory and compliance matters, clinical integration, medical bylaws, various service agreements and the handling of mental hygiene hearings. The provision of these services are ongoing. In 2012, GW received gross fees from SNCH of $146,148.38, in 2013 $146,304.70 and in 2014 (to date) $9,246.35. SNCH has provided a waiver letter relative to GW's representation of the Debtors in these matters, a copy of which is attached as Exhibit B. Further, the GW attorneys who work on the unrelated matters for SNCH do not have, and will not have any involvement in the representation of the Debtors or the work GW has and will continue to do in the Chapter 11 Cases. As noted above, as a general matter, the firm implements a policy in cases such as this avoiding any involvement of, or discussions of the Chapter 11 Cases with the attorneys of GW who work on unrelated matters for SNCH.

(b)    Medline Industries ("Medline"): Medline is a general unsecured creditor of the Debtors. Since the late 1990s GW has provided periodic health care advice to Medline related to HIPPA and corporate compliance programs, general compliance matters, and periodic related transactional work. None of the work related in any manner to the Debtors. In 2012, GW did not receive any fees from Medline. In 2013, GW has received $636.50 and in 2014 (to date) has received $9,803.79.

14.    As to each of the parties identified above, GW has determined that: (a) revenues generated from each of the Parties of Interest represents less than 1% of GW's total collections for its last twelve (12) months; and (b) to the extent GW represented any such Party of Interest, such representation was wholly unrelated to the Debtors' Chapter 11 cases.

15.    GW regularly updates its conflicts check system which is capable of immediately identifying every adverse party and the attorney in the Firm who is knowledgeable about the matter. The system includes every matter on which the Firm is now or has been engaged. The Firm does not open any new matter without completing or submitting to those

2722833v.2

charged with maintaining the conflict check system, the information necessary to check each such matter for conflicts, including the identity of the prospective client, the matter, and related and adverse parties. GW will continue to apply the conflicts and disclosure procedures to the Debtors' Chapter 11 Cases as additional information concerning entities having a connection with the Debtors is developed and will file appropriate supplemental disclosure with the Court, as necessary.

### GW IS A DISINTERESTED PARTY AS REQUIRED BY THE CODE

16.    GW is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code, as modified by section 1107(b) of the Bankruptcy Code, in that GW, its members, counsel and associates:

(a)    except for the Prepetition Services and work in connection with the Construction Litigations, the Komanoff Investigation, for which Debtor received payment prior to the filing (as outlined below), and any unpaid portion of such services which may be outstanding prior to the filing of the Chapter 11 cases, GW has agreed to waive any claim for other prepetition services rendered to LBMC an LBMNH. As of the Petition Date, the amounts owed GW by LBMC for other unrelated services, extending back to 2009, totaled 392,063.89 (the "**Unrelated Prepetition Claim**"). As noted, GW is waiving any and all rights to assert such Unrelated Prepetition Claim and, as such, is not a creditor or insider of the Debtors;

(b)    are not and were not investment bankers for any outstanding securities of the Debtors;

(c)    has have not been within, three (3) years of the Petition Date, investment bankers for securities of the Debtors or an attorney for such an investment banker in connection with the offer, sale, or issuance of the Debtors' securities; and

(d)    are not and were not, within two (2) years of the Petition Date, a director, officer or employee of the Debtors or of any investment banker as specified in subparagraph (b) or (c) above.

17.    Accordingly, to the best of my knowledge, through diligent inquiry, and after following the procedures described herein, I have ascertained that neither I, GW, nor any of

-7-

its members, counsel or associates, represents any other entity having an adverse interest in connection with these Chapter 11 Cases. Further, to the best of my knowledge, through diligent inquiry and after following the procedure described herein, except as otherwise set forth herein, I have ascertained that GW holds no interest adverse to the Debtors or their estates and is disinterested with respect to the matters upon which GW is to be employed.

## COMPENSATION AND BILLING PRACTICES

18.    It is contemplated that GW will seek compensation based on its normal hourly rate in effect for the period in which services are rendered and will seek reimbursement of necessary and reasonable out-of-pocket expenses, subject to the approval of this Court and compliance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules for the United States Bankruptcy Court for the Eastern District of New York, the United States Trustee's Guidelines for Fees and Disbursements, and any administrative orders issued by the Court. It is also contemplated that GW will seek interim compensation and reimbursement of expenses in accordance with an Order of this Court establishing procedures for monthly compensation and reimbursement of expenses pursuant to sections 330 and 331 of the Bankruptcy Code.

19.    GW will utilize partners and associates in various areas of expertise to prosecute this case. The rates to be charged by professionals from GW who will work on this matter range from $190 - $535 per hour and its rates for paraprofessionals range from $145 - $225 per hour. The attorneys who will be primarily to be responsible for providing services to the Debtors and their respective billing rates are as follows:

| | |
|---|---|
| Burton Weston (Partner) | $535 per hour |
| Afsheen Shah (Partner) | $430 per hour |

| Adam T. Berkowitz (Senior Attorney) | $355 per hour |
| Karen L. Rodgers (Partner) | $395 per hour |
| Andrew J. Schulson (Partner) | $460 per hour |

20.    These are GW's hourly rates for work of this nature and are subject to periodic adjustments to reflect economic and other conditions.  The Debtors understand that other attorneys and paralegals may serve the Debtors from time to time in connection with these cases.  The hourly rates set forth above are the standard rates charged to bankruptcy and non-bankruptcy clients for the types of services to be performed herewith.  These rates are set at a level designed to fairly compensate GW for the work of its attorneys and paralegals and to cover routine overhead expenses.  It is GW's standard policy to charge its clients for all expenses incurred in connection with a client's case, including, telephone and telecopier toll charges, teleconferencing charges, photocopying charges, travel expenses, and non-ordinary course overhead expenses, *i.e.*, secretarial overtime.  The amounts charged by GW for such expenses are consistent with charges billed to other similar clients.

21.    In connection with Preparation Services, the Construction Litigation, the Komanoff Investigation and the services GW will render in this case, GW received a prepetition retainer of $474,000 (the "**Initial Retainer**") on January 2, 2014 and another $150,000 on February 18, 2014 (the "**Supplemental Retainer**", and, together with the Initial Retainer, the "**Retainer**") Prior to the Petition Date, $439,166.59 of the Retainer was applied to the payment of current fees in the following manner: (i) $55,835.40 to services in connection with the Construction Litigation; (ii) $129,287.49 to the Komanoff Investigation; (iii) $254,043.70 relative to Preparation Services; and (iv) $116,567.00 to work in process in connection with each of these categories of services estimated through the Petition Date.  As of the Petition, GW

estimates that after application to then existing work in process the balance of the Retainer is approximately 68,266.41.

22.    In the 90 days prior to the Petition Date, GW has received (in addition to the Retainer) payments totaling $90,000 as follows:

| DATE | AMOUNT |
|---|---|
| November 22, 2013 | $40,000 |
| December 18, 2013 | $50,000 |
| **TOTAL** | $90,000 |

23.    GW applied the $40,000 payment to current billings in connection with the Komanoff Investigation and the $50,000 payment to current billings in respect of the Komanoff Investigation ($42,517.15) and Construction Litigation ($7,482.85).    A precise disclosure of the amounts or credits held, if any, as of the Petition Date will be provided in GW's first interim fee application for postpetition services and expenses to be rendered or incurred for or on behalf of the Debtors.    The unapplied residual retainer, which is estimated to total approximately $[$287,640.75.] will not be segregated by GW in a separate account, and will be held until the end of these Chapter 11 cases and applied to GW's final approved fees in these proceedings

24.    The Debtors propose allowing GW to retain the remaining balance of the Retainer to ensure payment of GW's fees and expenses during the pendency of these Chapter 11 cases.  GW will only apply the retainer consistent with an order of this Court authorizing same.

2722833v.2

25.     No promises have been received by or made to GW, any of its members, counsel or associates, as to compensation in connection with these cases other than in accordance with the provisions of the Bankruptcy Code, the Bankruptcy Rules and the Local Rules.  GW has not agreed to share compensation received in connection with these cases with any other person, except as permitted by section 504(b) of the Bankruptcy Code and Bankruptcy Rule 2016 in respect of the sharing of compensation among members of GW.

26.     The foregoing constitutes the statement of GW pursuant to sections 327, 329 and 504 of the Bankruptcy Code and Bankruptcy Rules 2014(a) and 2016(b).

Burton S. Weston

Sworn to before me this
19th day of February, 2014

Notary Public

Notary Public, State of New York
No. 4953364

Qualified in Nassau County

ELLEN H. HUGGLER
Notary Public, State of New York
No. 4953364
Qualified in Nassau County
Commission Expires July 10, 2015

-11-

Exhibit A

Conflict List

2722833v.2

## Hospital Top 50

| | | | |
|---|---|---|---|
| EMPIRE HEALTHCHOICE HMO, INC | PO BOX 11744 | 0 | NEWARK NJ 07101-4744 |
| NYS UNEMPLOYMENT INSURANCE | PO BOX 4301 | 0 | BINGHAMTON NY 13902-4301 |
| EMPIRE HEALTHCHOICE ASSURANCE INC | PO BOX 11744 | 0 | NEWARK NJ 07101-4744 |
| HIP | PO BOX 9329 GPO | 0 | NEW YORK NY 10087-9329 |
| LIPA | ATTN: SUZANNE BRIENZA | 15 PARK DRIVE | MELVILLE NY 11746 |
| MEDLINE INDUSTRIES INC | BOX 382075 | 0 | PITTSBURGH PA 15251-8075 |
| GARFUNKEL WILD, PC | 111 GREAT NECK RD | 0 | GREAT NECK NY 11021 |
| STATE INSURANCE FUND | PO BOX 5262 | 0 | BINGHAMTON NY 13902-5262 |
| NES KIM JONES | PO BOX 277001 (800) 510-5501 | 0 | ATLANTA GA 30384-7001 |
| NATIONALGRID | ATTN: SUZANNE BRIENZA | 15 PARK DRIVE | MELVILLE NY 11746 |
| ALLEN HEALTH CARE | LOCKBOX DEP ACCT 4832042876 | PO BOX # 417780 | BOSTON MA 02241-7780 |
| AMERISOURCE BERGEN | LOCKBOX #642755 | PO BOX 642755 | PITTSBURGH PA 15219-2755 |
| BETTER HOME HEALTH | 310 MERRICK ROAD | 0 | ROCKVILLE CENTER NY 11570 |
| SUNQUEST HOSPITAL SYSTEMS | PO BOX 75214 | 0 | CHARLOTTE NC 28275-0214 |
| ADMS | 385 SENECA AVE | 0 | RIDGEWOOD NY 11385 |
| PHYSICIANS RECIPROCAL INSURERS | JEANNE H BRAUN, SR VP | 1800 NORTHERN BLVD. | ROSLYN NY 11576-5897 |
| HESS SMALL BUSINESS SERVICES | 1040 EAST 149TH STREET | 0 | BRONX NY 10455-5014 |
| NEW YORK BLOOD CENTER | ACCTS RECEIVABLE DEPT | PO BOX 9674 | UNIONDALE NY 11553-9814 |
| IRON MOUNTAIN RECORDS MGMNT | PO BOX 27128 | 0 | NEW YORK NY 10087-7128 |
| QUEST DIAGNOSTICS | 7402 COLLECTION CENTER DR | 0 | CHICAGO IL 60693 |
| TOSHIBA AMERICA MEDICAL SYSYTEMS | PO BOX 91605 | 0 | CHICAGO IL 60693 |
| NTT DATA, INC | PO BOX 4201 (617) 241-9200 | 0 | BOSTON MA 02211 |
| BECKMAN COULTER INC | DEPT CH10164 | 0 | PALANTINE IL 60055-0164 |
| BROWN & BROWN | 595 STEWART AVENUE | 0 | GARDEN CITY NY 11530 |
| FIRE COMMAND CO | PO BX 337 | 0 | LONG BEACH NY 11561-0337 |
| LOEB & TROPER | 655 THIRD AVENUE | 12TH FLOOR | NEW YORK NY |

| | | | 10017 |
|---|---|---|---|
| LBH249 LLC HOPE | 2555 OCEAN AVENUE (718) 616-2000 | 0 | BROOKLYN NY 11229 |
| RISK MANAGEMENT PLANNING GROUP | PO BOX 528 | 0 | MINEOLA NY 11510 |
| ROYAL DISPOSABLE IMP & DOMESTIC | 57-00 49TH PLACE | 0 | MASPETH NY 11378 |
| HANYS | PO BOX 5535 GPO | 0 | NEW YORK NY 10087-5535 |
| GEM HEALTH CARE AGENCY | 49 WEST MERRICK ROAD | SUITE 201 | FREEPORT NY 11520 |
| GEM HEALTH CARE AGENCY | 49 WEST MERRICK ROAD | SUITE 201 | FREEPORT NY 11520 |
| RELAY HEALTH | PO BOX 403421 | | ATLANTA GA 30384-3421 |
| GE HEALTHCARE | PO BOX 640944 | | PITTSBURG PA 15264-0944 |
| JZANUS CONSULTING INC | 170 JERICHO TURNPIKE | | FLORAL PARK NY 11001 |
| BAXTER HEALTHCARE CORP | PO BOX 33037 | | NEWARK NJ 07188 |
| US SECURITY ASSOC INC | PO BOX 931703 | | ATLANTA GA 31193 |
| AIRGAS EAST | PO BOX 827049 | | PHILADELPHIA PA 07049-2807 |
| VERIZON | PO BOX 15124 | | ALBANY NY 12212-5124 |
| JAMAICA ASH & RUBBISH REMOVAL CO | 172 SCHOOL STREET | PO BOX 833 | WESTBURY NY 11590 |
| HEALTH CARE LOGISTICS | PO BOX 400 | | CIRCLEVILLE OH 43113-0400 |
| PARK EAST CONSTRUCTION | 266 EAST JERICHO TPKE | | S HUNTINGTON NY 11746 |
| SIMPLEX GRINNELL | DEPT CH 10320 | | PALANTINE IL 60055-0320 |
| MATTOO & BHAT MEDICAL ASSOCIATES | 23-14 COLLEGE POINT BLVD | | COLLEGE POINT NY 11356-2526 |
| WILLIAM LIPSKY MD | 977 MARCEL RD | | BALDWIN HARBOR NY 11510 |
| EMPOWER SYSTEMS | 2000 SPRING ROAD | SUITE 200 | OAK BROOK IL 60523 |
| J&J HEALTH CARE SYSTEMS | 5972 COLLECTIONS CENTER DRIVE | | CHICAGO IL 60693-6663 |
| COMPUTRITION INC | 8521 FALLBROOK AVE | SUITE 100 | WEST HILLS CA 91304-4689 |
| HORIZON HEALTHCARE STAFFING | 20 JERUSALEM AVE | 3RD FLOOR | HICKSVILLE NY 11801 |
| MED ASSETS | PO BOX 405652 | | ATLANTA GA 30384-5652 |

## **Nursing Home Top 50**

| | | | |
|---|---|---|---|
| CHEMRX<br>ATTN: SUSAN MITCH | PO BOX 1060<br>(516) 889-8770 | | LONG BEACH<br>NY  11561 |
| NYS UNEMPLOYMENT<br>INSURANCE | PO BOX 4301 | | BINGHAMTON<br>NY 13902-4301 |
| LIPA | ATTN: SUZANNE BRIENZA | 15 PARK DRIVE | MELVILLE  NY<br>11746 |
| MEDLINE INDUSTRIES INC | BOX 382075 | | PITTSBURGH<br>PA  15251-8075 |
| HIP | PO BOX 9329 GPO | | NEW YORK NY<br>10087-9329 |
| EMPIRE HEALTHCHOICE<br>ASSURANCE INC | PO BOX 11744 | | NEWARK  NJ<br>07101-4744 |
| SAVORY FOOD SERVICE INC | PO BOX 125 | | HOLTSVILLE NY<br>11742-0901 |
| ROYAL DISPOSABLE IMP &<br>DOMESTIC | 57-00 49TH PLACE | | MASPETH  NY<br>11378 |
| WOLF, HALDENSTEIN,<br>ADLER,FREEMAN | 270 MADISON AVENUE | ATTN: BRETT<br>NUSSBAUM | NEW YORK  NY<br>10016 |
| EMPIRE HEALTHCHOICE<br>HMO, INC | PO BOX 11744 | | NEWARK  NJ<br>07101-4744 |
| CITY OF LONG BEACH | 1 W CHESTER ST | | LONG BEACH<br>NY  11561 |
| EMPIRE RECOVERY<br>LOCKBOX | PO BOX 92221 | | CLEVELAND  OH<br>44193 |
| BURLODGE USA INC | 3760 INDUSTRIAL DRIVE<br>(336) 776-1010 | | WINSTON<br>SALEM  NC<br>27115 |
| HOMECARE CONCEPTS | 1095D ROUTE 110 | | FARMINGDALE<br>NY  11735 |
| DEPENDABLE DENTAL | 1347 LINCOLN AVE<br>(631) 738-9729 | | HOLBROOK  NY<br>11741 |
| STATE INSURANCE FUND | PO BOX 5262 | | BINGHAMTON<br>NY  13902-5262 |
| NATIONALGRID | ATTN: SUZANNE BRIENZA | 15 PARK DRIVE | MELVILLE  NY<br>11746 |
| CREAM-O-LAND DAIRIES LLC | BOX 143 | | FLORENCE  NJ<br>08518 |
| HORIZON HEALTHCARE<br>STAFFING | 20 JERUSALEM AVE | 3RD FLOOR | HICKSVILLE NY<br>11801 |
| CCLC | 555 WEST 57TH STREET | | NY  NY  10019 |
| SHELLEYS PRIME MEAT | 700 BERGEN AVE | | JERSY CITY  NJ<br>07306 |
| US SECURITY ASSOC INC | PO BOX 931703 | | ATLANTA  GA<br>31193 |
| JOHNSON CONTROLS INC | PO BOX 905240 | | CHARLOTTE  NC<br>28290 |
| LEADING AGE NEW YORK | 13 BRITISH AMERICAN<br>BLVD | SUITE 2 | LATHAM  NY<br>12110-1431 |
| FIRE COMMAND CO | PO BX 337 | | LONG BEACH<br>NY  11561-0337 |
| ZIMMET HEALTHCARE<br>SERVICES | 4006 ROUTE 9 SOUTH | | MORGANVILLE<br>NJ  07751 |
| INTERIOR FOLIAGE DESIGN<br>INC | 37-24 33RD STREET<br>(718) 784-4527 | | LONG ISLAND<br>CITY NY 11101 |
| RXIII PHARMACY | PO BOX 203 | | OAKDALE  NY |

| | | | |
|---|---|---|---|
| ASSOCIATES | | | 11769 |
| CMS COMPLIANCE GROUP | 68 SOUTH SERVICE ROAD | SUITE 100 | MELVILLE  NY  11747 |
| THYSSEN KRUPP ELEVATOR | PO BOX 933004 | | ATLANTA  GA  31193-3004 |
| DIAMOND GROUP | 357 WILSON AVE | BLDG#14 | NEWARK NJ  07105 |
| DAV-MAR MEDICAL PRODUCTS | 35 EAST GRASSY SPRAIN ROAD | | YONKERS  NY  10710 |
| GARFUNKEL WILD, PC | 111 GREAT NECK RD | | GREAT NECK NY  11021 |
| KCI USA | PO BOX 203086 | | HOUSTON  TX  77216-3086 |
| DIESEL SYSTEMS | 175 LIBERTY STREET | | COPIAGUE  NY  11726 |
| SIMPLEX GRINNELL | DEPT CH 10320 | | PALANTINE  IL  60055-0320 |
| SIZEWISE RENTALS | PO BOX 320 | | ELLIS KS  67637 |
| LESTER E. OZIMKOWSKI ESQ | 8 GOLDENROD AVE | PO BOX 219 | NORTHPORT NY  11768 |
| MODS | 1055 MONTAUK HIGHWAY (800) 562-2602 | | EAST PATCHAGUE NY  11772 |
| 2210 PIZZA CORP | 2232 VICTORY BOULEVARD | | STATEN ISLAND NY  10314 |
| WEEKS LERMAN GROUP | 58-38 PAGE PL | | MASPETH  NY  11378 |
| ROSEMARY RYAN | 375 EAST BAY DRIVE | | LONG BEACH NY  11561 |
| HARMONY ENTERTAINMENT INC | PO BOX 992 | | FARMINGDALE NY  11735 |
| GHI | PO BOX 2857 | | NY  NY  10116 |
| CURASPAN | DEPT 2869 | PO BOX 122869 | DALLAS  TX  75312-2869 |
| ALLSTATE MEDICAL SUPPLIES | 34 35TH STREET BUILDING #4        (718) 369-7100 | | BROOKLYN  NY  11232 |
| ESTATE OF GLORIA DELEON | C/O RENEE HARKER | 160 MAXSON AVE | FREEPORT  NY  11520 |
| DRISCOLL FOODS | 174 DELWAWANNA AVENUE         (973) 672-9400 | | CLIFTON  NJ  07014 |
| ASSOCIATED GERIATRIC INFO NETWORK | 666 PELHAM ROAD | SUITE 4N | NEW ROCHELLE NY  10805 |
| CORT BUSINESS SERVICES CORP | 2980 SWITZER AVENUE | | COLUMBUS  OH  43219 |

## FEMA - HOSPITAL

| | | | |
|---|---|---|---|
| LVI NORTHSTAR | | | 6,700,000 |
| DMS DISASTER RECOVERY CONSULTANTS | 3651 FAU BLVD. SUITE 400 | BOCA RATON, FL 33431 | 1,013,278 |
| PARK EAST CONSTRUCTION | 266 EAST JERICHO TPKE | S HUNTINGTON NY  11746 | 579,583 |

| | | | |
|---|---|---|---|
| ROLANDS ELECTRIC | 307 SUBURBAN AVE. | DEER PARK, NY 11729 | 543,926 |
| JRM CONSTRUCTION | | | 500,000 |
| EMS RESTORATION | 200 BLYDENBURGH RD | ISLANDIA, NY 11749 | 293,943 |
| MODERN MEDICAL SYSTEMS CO | 170 FINN COURT | FARMINGDALE NY  11735 | 283,390 |
| SERVPRO | | | 217,579 |
| NOUVEAU ELEVATOR | 74 CALYER STREET (718) 349-4700 | BROOKLYN  NY 11222 | 61,000 |
| COMMUNICATIONS INC | 55-02 BROADWAY | WOODSIDE  NY 11377 | 51,255 |
| SHORE GROUP | 460 WEST 35TH STREET (917) 589-1285 | NEW YORK  NY 10001 | 45,135 |
| VVA, LLC | 117 EAST 31ST STREET | NEW YORK  NY 10016 | 42,900 |
| FIRE COMMAND CO | PO BX 337 | LONG BEACH NY  11561-0337 | 41,075 |
| OMEGA ENVIROMENTAL SERVICES | 280 HUYLER ST. | SOUTH HACKENSACK, NJ 07606 | 30,436 |
| SIMPLEX GRINNELL | DEPT CH 10320 | PALANTINE  IL 60055-0320 | 29,815 |
| RBSD ARCHITECT | 161 WILLIAM ST | NEW YORK  NY 10038 | 25,325 |
| BARRETT CO INC | 203 LONG BEACH RD | ISLAND PARK NY  11558 | 1,675 |
| CEM CONSTRUCTION | 2 SEAMEN AVENUE | BETHPAGE NY 11714 | |
| DICE COMMUNICATIONS | 2504 SO 156TH CIRCLE | OMAHA  NE 68130 | |
| DIMITRI ENTERPRISES | 135 58TH ST. | BROOKLYN, NY 11220 | |
| FISHER HEALTHCARE | PO BOX 3648 | BOSTON  MA 02241-3648 | |
| MEDLINE INDUSTRIES INC | BOX 382075 | PITTSBURGH PA  15251-8075 | |

## FEMA – Nursing Home

| | | | |
|---|---|---|---|
| FIRE COMMAND CO | PO BX 337 | LONG BEACH NY  11561-0337 | 289,181 |
| DMS DISASTER RECOVERY CONSULTANTS | 3651 FAU BLVD. SUITE 400 | BOCA RATON, FL 33431 | 156,000 |
| SERVPRO | | | 124,290 |
| ROLANDS ELECTRIC | 307 SUBURBAN AVE. | DEER PARK, NY 11729 | 40,940 |
| BURLODGE USA INC | 3760 INDUSTRIAL DRIVE (336) 776-1010 | WINSTON SALEM  NC 27115 | 26,776 |
| OMEGA ENVIROMENTAL SERVICES | 280 HUYLER ST. | SOUTH HACKENSACK, | 18,810 |

| | | NJ 07606 | |
|---|---|---|---|
| DEPENDABLE DENTAL | 1347 LINCOLN AVE (631) 738-9729 | HOLBROOK NY 11741 | 16,032 |
| THYSSEN KRUPP ELEVATOR | PO BOX 933004 | ATLANTA GA 31193-3004 | - |
| M TUCKER & CO INC | 1200 MADISON AVE | PATTERSON NJ 07503 | |
| PARK EAST CONSTRUCTION | 266 EAST JERICHO TPKE | S HUNTINGTON NY 11746 | |

## SECURED PARTIES

SEE LIEN SEARCH RESULTS

## CURRENT AND FORMER OFFICERS AND DIRECTORS OF LONG BEACH MEDICAL CENTER

| | |
|---|---|
| **CHAIRMAN:** Bernard Kennedy | 87 Garden City Ave. Point Lookout, NY 11569 |
| **VICE CHAIRMAN:** James Portnof | 25 Greenway Rd., Lido Beach, NY 11561 |
| **PRESIDENT & CEO** Douglas L.Melzer | 1926 Cynthia Lane Merrick, NY 11566 |
| **TREASURER** Michael Tribush | 263 Regent Drive Lido Beach, NY 11561 |
| **SECRETARY** Martin Kaminsky | 32 Reynolds Drive Lido Beach, NY 11561 |
| **VICE PRESIDENT:** Ronald Conklin | 18 Mineola Ave. PO Box 571 Pt.Lookout, NY 11569 |
| **VICE PRESIDENT:** Theodore Hommel | 855 East Broadway, Apt. 4D Long Beach, NY 11561 |
| **CFO:** Barry Stern | 1440 E. 29th Street Brooklyn, NY 11210 |
| **TRUSTEES:** Joel Benowitz, M.D.* | 978 Gerry Avenue Lido Beach, NY 11561 |
| Joseph Brown | 323 Harbor Dr. Lido Beach, NY 11561 |
| Raymond Jude Ellmer, | 560 West Broadway, 6A |

2741861v.1

| | |
|---|---|
| Esq. | Long Beach, NY  11561 |
| Michael Kerr | 19 Artisan Avenue<br>West Hills, NY  11743 |
| Edward Levie | 159 National Blvd.<br>Long Beach, NY  11561 |
| Geraldine McGann | 42 Roosevelt Place<br>Island Park, NY  11558 |
| William Polignani, Esq. | P.O. Box 420<br>(925 West Park Avenue)<br>Long Beach, NY  11561 |
| Donald Press, Esq. | 443 East Penn Street<br>Long Beach, NY  11561 |
| Joseph Prinzivalli | P.O. Box 84<br>123 Lynbrook Avenue<br>Point Lookout, NY  11569 |
| Robert Reder, Esq. | 403 E. Boardwalk, Apt. 804<br>Long Beach, NY  11561 |
| Jeffrey Schaffer, M.D.* | 760 East Park Avenue<br>Long Beach, NY  11561 |
| Andrew B. Sloane | 116 Coolidge Avenue<br>Long Beach, NY  11561 |
| Harish Sood, M.D. | 267 Lincoln Blvd.<br>Long Beach, NY  11561 |
| John A. Vitale | 465 Remsens Lane<br>Upper Brookville, NY  11771 |
| Lee Weitzman, M.D.* | 325 W. Park Ave<br>Long Beach, NY  11561 |
| **EMERITUS:** | |
| Joseph Ezratty | 27110 Grand Central Pkwy<br>Apt. 30N<br>Floral Park, NY  11005 |
| Hon.Jerome Fleischman | 241 W. Olive St.<br>Long Beach, NY  11561 |
| Arthur J. Kremer | 1111 Park Ave.<br>New York, NY  10128 |
| George Miller, MD | 195 Regent Drive<br>Lido Beach, NY  11561 |
| Edward Steinberg | 100 Sunrise Ave. - Apt. 311<br>Palm Beach, FL  33480 |

**Deceased Board Members as of  December 2012:**

Alfred I. Osterland -- Chairman of the Board
181 Greenway Drive
Lido Beach, NY  11561

Edward Levie -- Trustee
159 National Blvd.
Long Beach, NY 11561

Irwin Lederer -- Trustee
442 Oceanfront
Long Beach, NY 11561

**<u>Former Chief Financial Officer</u>**:

Lewis Z. Cohn, Jr.
257 Union Avenue
Lynbrook, NY 11563

2741861v.1

Exhibit B

Waiver Letter

2722833v.2

# GARFUNKEL WILD, P.C.
### ATTORNEYS AT LAW

111 GREAT NECK ROAD • GREAT NECK, NEW YORK 11021
TEL (516) 393-2200 • FAX (516) 466-5964
www.garfunkelwild.com

BURTON S. WESTON
Partner/Director
Email: bweston@garfunkelwild.com
Direct Dial: (516) 393-2588

FILE NO.:  00144/1308

February 18, 2014

Mr. Richard Murphy
President and Chief Executive Officer
South Nassau Communities Hospital
One Healthy Way
Oceanside, New York 11572

Mr. Douglas Melzer
President and Chief Executive Officer
Long Beach Medical Center
455 E. Bay Drive
Long Beach, New York 11561

Re:    Legal Representation/Waiver of Conflict

Dear Richard and Douglas:

As you know, Garfunkel Wild P.C. ("GW") has been asked to represent Long Beach Medical Center and Long Beach Memorial Nursing Home (collectively, "Long Beach") in connection with its efforts to prepare and prosecute a Chapter 11 case to facilitate the sale of substantially all of its assets to South Nassau Communities Hospital ("SNCH") and to address its existing indebtedness (the "Chapter 11 and Sale"). GW does not represent SNCH in connection with the Chapter 11 and Sale. However, GW has and will continue to provide legal services to SNCH in other unrelated matters.

While GW's representation of Long Beach in connection with the Chapter 11 and Sale raises a potential conflict of interest due to GW's representation of SNCH in other unrelated matters, we understand that each of you has agreed to waive any such conflict and allow GW to represent Long Beach in this matter. In the unlikely event a dispute shall arise in the future between Long Beach and SNCH in connection with the Chapter 11 and Sale, GW will not represent Long Beach or SNCH in such dispute absent your cons. However, GW may continue to represent each of Long Beach and SNCH in all other unrelated matters.

---

NEW YORK                    NEW JERSEY                    CONNECTICUT

2782205v.1

Richard Murphy
Douglas Melzer
February 19, 2014
Page 2

       If this is acceptable, please sign where indicated below and return a copy to me.  A signed pdf shall be deemed to be an original and this letter may be executed in counterparts, each of which shall be considered an original.

Sincerely,

Burton S. Weston

**Consented to and Approved**

South Nassau Communities Hospital

Long Beach Medical Center and Long Beach Memorial Nursing Home

_____
Richard Murphy.
President and Chief Executive Officer

_____
Douglas Melzer
President and Chief Executive Officer

GARFUNKEL WILD, P.C.

2782205v.1

Richard Murphy
Douglas Melzer
February 19, 2014
Page 2

Sincerely,

Burton S. Weston

**Consented to and Approved**

South Nassau Communities Hospital

Richard Murphy
President and Chief Executive Officer

Long Beach Medical Center and Long Beach
Memorial Nursing Home

_____
Douglas Melzer
President and Chief Executive Officer

GARFUNKEL WILD, P.C.

2782205v.1