UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
In re:                                                                           Chapter 11

LONG BEACH MEDICAL CENTER,                                   Case Nos. 14-70593-ast
et al.                                                                                                 14-70597-ast

                              Debtors.                                   (Jointly Administered)
----------------------------------------------------------X

### ORDER FOR ADMISSION TO PRACTICE
### *PRO HAC VICE* FOR UNITED STATES GOVERNMENT ATTORNEY

The motion for admission to practice *pro hac vice* in the above captioned matter is granted. The admitted attorney, Merrill Boone, is permitted to argue or try this particular case in whole or in part as counsel. Mr. Boone, upon compliance with the directive in this Order, may enter appearances for parties, sign stipulations, receive payments upon judgments, decrees or orders, and otherwise serve as counsel in this case.

Mr. Boone is a United States Government Attorney who is employed by the Pension Benefit Guaranty Corporation ("PBGC").  PBGC is a wholly-owned United States government corporation created by Title IV of the Employee Retirement Income Security Act of 1974 , *as amended*, 29 U.S.C. §§ 1301-1461 (2012) ("ERISA") **and is, therefore, exempt from filing fees.** The Clerk is directed to enter the above attorney's appearance as counsel in the above-captioned case. The above-named attorney must serve a copy of this Order on Debtors' counsel, the case trustee, and all parties who filed notices of appearance, and file a certificate of such service within 10 business days of the date hereof.



**Dated: February 27, 2014**                                     _____
      **Central Islip, New York**                                  **Alan S. Trust**
                                                                       **United States Bankruptcy Judge**