UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
In Re:

LONG BEACH MEDICAL CENTER,
LONG BEACH MEMORIAL NURSING HOME, INC.,    CHAPTER 11
                                            Case No: 814-70593-ast
                                                     814-70597-ast
                                                  (Jointly Administered)
                                Debtors.
---------------------------------------------------------------------X

# APPOINTMENT OF THE OFFICIAL COMMITTEE
# OF UNSECURED CREDITORS

Under 11 U.S.C. section 1102(a)(1), the following creditors of the above captioned debtors, being among the largest unsecured claimants and who are willing to serve, are appointed to the Official Committee of Unsecured Creditors:

1. ChemRx
   P.O. Box 1060
   Long Beach, NY 11561

2. Atlantic Dialysis Management Services, LLC
   23-14 College Point Boulevard
   College Point, NY 11356

3. 1199 SEIU United Health Care Workers East
   310 West 43rd Street
   New York, NY 10036


Dated: Central Islip, New York
       February 28, 2014

                                    /s/*Christine H. Black*
                                    Christine H. Black
                                    Assistant United States Trustee

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
In Re:

LONG BEACH MEDICAL CENTER,
LONG BEACH MEMORIAL NURSING HOME, INC.,      CHAPTER 11
                                                                                   Case No: 814-70593-ast
                                                                                            814-70597-ast
                                                                                        (Jointly Administered)
                                        Debtors.
----------------------------------------------------------------------X

## CERTIFICATION OF SERVICE OF THE
## NOTICE OF THE APPOINTMENT OF THE
## **OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

      I, Deborah Scheff, am employed at the Office of the United States Trustee for the Eastern District of New York, hereby certify that I caused a copy of the annexed Notice of Appointment of the Official Committee of Unsecured Creditors to be served by hand delivery and first class mail, upon the persons listed on the attached list by mailing the same to their last known addresses.

Dated: Central Islip, New York
         February 28, 2014

                                                     */s/Deborah Scheff*
                                                     Deborah Scheff

**SERVICE LIST**

ChemRx
P.O. Box 1060
Long Beach, NY 11561

Atlantic Dialysis Management Services, LLC
23-14 College Point Boulevard
College Point, NY 11356

1199 SEIU United Health Care Workers East
310 West 43rd Street
New York, NY 10036