GARFUNKEL WILD, P.C.
111 Great Neck Road
Great Neck, New York 11021
Telephone: (516) 393-2200
Facsimile: (516) 466-5964
Burton S. Weston
Afsheen A. Shah
Adam T. Berkowitz

*Counsel for the Debtor
and Debtor-in-Possession*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:

LONG BEACH MEDICAL CENTER,　　　　　　　　Chapter 11
et al.　　　　　　　　　　　　　　　　　　　　　　　Case No. 14-70593 (ast)

　　　　　　　Debtors.　　　　　　　　　　　　　(Jointly Administered)

------------------------------------------------------------x

**NOTICE OF TELEPHONIC COURT CONFERENCE REGARDING INFORMAL
DISCOVERY REQUESTS OF THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS**

**PLEASE TAKE NOTICE**, that a telephonic conference will be held before the Honorable Alan S. Trust, United States Bankruptcy Judge for the Eastern District of New York, on the 21st day of April 2014 at 2:00 o'clock in the forenoon of that day, to address certain issues that have arisen in connection with the informal discovery requests of the Official Committee of Unsecured Creditors appointed in these Chapter 11 cases.

**PLEASE TAKE FURTHER NOTICE,** that the dial-in for the telephonic conference is 1.866.590.1529 and the guest code is 55899285#.

**PLEASE TAKE FURTHER NOTICE** that the telephonic conference may be adjourned without further notice except as announced at the conference, or at any adjourned conference.

Dated: Great Neck, New York
April 16, 2014

Respectfully submitted,

By: _____
Burton S. Weston
Afsheen A. Shah
Adam T. Berkowitz
GARFUNKEL WILD, P.C.
111 Great Neck Road
Great Neck, New York 11021
Telephone: (516) 393-2200
Facsimile: (516) 466-5964

*Attorneys For Debtor
and Debtor in Possession*

2835015v.1